JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

STEVE KLEIN, HOWARD PUTNAM, and GLEN BIONDI,

    Plaintiffs,

vs.

CITY OF LAGUNA BEACH,

    Defendants.

Case No.: SACV 08-01369-CJC(MLGx)

JUDGMENT

On May 24, 2011, the Court issued an order granting in substantial part Defendant City of Laguna Beach's motion for summary judgment and granting in limited part Plaintiffs' Steve Klein, Howard Putnam, and Glen Biondi (collectively "Plaintiffs") cross-motion for summary judgment.

In accordance with that order, judgment is entered in favor of Plaintiffs for their claims for nominal damages pursuant to 42 U.S.C. § 1983 that the repealed Laguna Beach Municipal Code Section 7.25.120 was unconstitutional as applied to Plaintiffs'

-1-

proposed amplified speech in the downtown business district and that the repealed Laguna Beach Municipal Code Sections 5.40.10 and 5.40.20 were an unconstitutional prior restraint of speech as applied to Plaintiffs' proposed amplified speech. Plaintiff shall recover nominal damages of $1 for each of these claims.

Judgment is entered in favor of Defendant with respect to Plaintiffs' claims for declaratory and injunctive relief for violations of the First Amendment to the United States Constitution and Article I Section 2 of the California Constitution, Plaintiffs' remaining claims for nominal damages pursuant to 42 U.S.C. § 1983, and Plaintiffs' claim pursuant to the California Bane Act. These claims are dismissed with prejudice and Plaintiffs shall recover nothing by way of these claims.

Plaintiffs shall recover their costs, including reasonable attorneys' fees pursuant to motion for the two claims on which they prevailed.

DATED: June 14, 2011

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE